AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Medical Offices of Dr. Armando Figueroa
650 Pennsylvania Ave, SE
Suite 380
Washington, DC 20003

**SEARCH WARRANT**

CASE NUMBER: 07-563-M-01

TO: DEA Investigator Sandra White-Hope _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by DEA Investigator Sandra White-Hope who has reason to believe that
(name, description and or location)

  SEE AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT (A) TO THE AFFIDAVIT DETAILING ITEMS TO BE SEARCHED AND SEIZED.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _NOV 28 2007_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 14 2007   2:45 pm                          at Washington, D.C.
_____                    _____
Date and Time Issued                           Signature of Judicial Officer
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11-14-07 | 11-14-07 At 4:10 pm | left on premises |

INVENTORY MADE IN THE PRESENCE OF SA John Hagerty, SA Milton Tyrrell, GS Luis Burgois, GS Walter Staples, DI's Majorie M[...] and Sandra White-Hope

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See DEA-12.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

**FILED**
NOV 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

*[signature]*    11-19-07
U.S Judge or U.S. Magistrate Judge    Date

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Dr. Figueroa
650 Penn. Ave SE.
Suite 380

FILE NO

G-DEP IDENTIFIER

FILE TITLE

GD-04-2049

DATE 11/14/2007

DIVISION/DISTRICT OFFICE

WDO / DEA 2/305-8800   page 1 of 4

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Data Information Sheet | |
| 1 | Lipitor money pouch containing Misc documents | |
| 1 | receipt book (blue) | |
| 1 | photo of Dr. Figueroa - Wash Hosp. Center | |

Nothing Follows.

RECEIVED BY (Signature)   X [signature]
WITNESSED BY (Signature)  X [signature]

NAME AND TITLE (Print or Type)
Sandra K White-Hope, Diversion Inv.

NAME AND TITLE (Print or Type)

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

X Mata Palmer     DI Majorie E. Palmer-Nistay

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
DR. Figueroa
650 Penn. Ave. SE.
Suite 380

FILE NO.
G-DEP IDENTIFIER
FILE TITLE: GD-04-2049
DATE: 11/14/2007

DIVISION/DISTRICT OFFICE: WDO / DEA 2/305-8800    page 2 of 4

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 10 | Patient's records. | |
| | 1. Wood, Jamie | 124 |
| | 2. Kesner, Peory | 499 |
| | 3. Leonard, Jeffrey | 812 |
| | 4. Wood, Dustin | 109 |
| | 5. Hooshang, Raymond | 650 |
| | 6. Reeder, George | 890 |
| | 7. Izadpanah, Ali | 350 |
| | 8. Leonard, George | 980 |
| | 9. Leonard, Jeffrey | 976 |
| | 10. Leonard, George | 1032 |

Nothing Follows.

RECEIVED BY (Signature): X _Sandra K. White-Hope_
NAME AND TITLE (Print or Type): Sandra K. White-Hope

WITNESSED BY (Signature): X
NAME AND TITLE (Print or Type):

FORM DEA-12 (8-02) Previous editions obsolete
Electronic Form Version Designed in JetForm 5.2 Version

X M.F. Palmer     DI Marie E. Palmer-Nisby

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Dr. Figueroa
650 Penn Ave. SE.
Suite 380

FILE NO

G-DEP IDENTIFIER

FILE TITLE

DATE 11/14/07

DIVISION/DISTRICT OFFICE

WDO / Division Office
(202) 305-8800

page 3 of 4

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Controlled Substance Registration Certification | |
| | nothing follows | |

RECEIVED BY (Signature)
/s/ Sandra R. McAfee

WITNESSED BY (Signature)
/s/ Majorie Palmer

NAME AND TITLE (Print or Type)
Sandra K. White-Hege, Diversion Inv.

NAME AND TITLE (Print or Type)
Majorie E. Palmer N/Inv - DI

FORM DEA-12 (8-02) Previous editions obsolete                Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO | G-DEP IDENTIFIER |
|---|---|---|
| Dr. Figueroa<br>650 Penn Ave SE.<br>Suite 380 | FILE TITLE | |
| | DATE November 14, 2007 | |

DIVISION/DISTRICT OFFICE
Washington Division Office
202-305-8800

page 4 of 4

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | Bontril PDM CIII tablet Sample case 15 per case total 30 tablets | |
| 2 | Bontril Slow Release CIII capsule 10 per case. Total 20 capsules | |
| 1 | Hard disk drive containing Exh. N-91 | |
| | nothing follows | |

RECEIVED BY (Signature) /s/ Carola K. McCoffee
NAME AND TITLE (Print or Type): Sandra K. White Horse, Diversion Inv.

WITNESSED BY (Signature) /s/ Majie Palue
NAME AND TITLE (Print or Type): Majorie E. Palmer, Diversion Investigator

FORM DEA-12 (8-02) Previous editions obsolete                    Electronic Form Version Designed in JetForm 5.2 Version